UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>  Plaintiff,<br><br>  v.<br><br>MCGEE, et al.,<br><br>  Defendants. | Case No.  13-cv-05010-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from the convictions he suffered in the Ventura County Superior Court, which lies in the Central District of California.  Accordingly, this federal civil rights action is hereby TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 29, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY T. FISHER,

        Plaintiff,

  v.

MCGEE ET AL et al,

        Defendant.
                                        /

Case Number: CV13-05010 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Francis Fisher F85263
Pelican Bay State Prison
P.O. Box 7500 B-1-115
Crescent City, CA 95532

Dated: October 29, 2013

                                                Richard W. Wieking, Clerk
                                                  By: Jean Davis, Deputy Clerk